# LIPMAN & BOOTH, LLP
## ATTORNEYS AT LAW

CHRISTOPHER BOOTH
NOAH LIPMAN (OF COUNSEL)*

11 BROADWAY, SUITE 967
NEW YORK, NEW YORK 10004
TEL: (212) 363-4969
FAX: (212) 363-6041

September 30, 2005

Honorable Allyne R. Ross
United States District Judge
Eastern District Of New York
225 Camden Plaza East
Brooklyn, New York 11201
VIA HAND DELIVERY

*Application granted.
So ordered.
9/30/05
cc: counsel*

Re: United States v. Tyrone Browne
CR – 03 · 1368

Dear Judge Ross:

Please accept this letter as a request for additional time to permit the defendant to submit his objections and comments to the pre-sentence report. An issue has arisen that requires review of the plea minutes and the trial transcript which I hope to obtain today. Additionally, the defendant continues to compile letters on his behalf from many different individuals. While I acknowledge that we have requested one prior extension to submit, I have no reason to believe these final issues can not be resolved by the end of next week.

It is respectfully requested that the defendant be permitted to file his objections to the PSR on or before October 7, 2005.

Respectfully,

Christopher Booth

C.c. AUSA Steven D'Alessandro

*ADMITTED TO PRACTICE IN NEW YORK AND NEW JERSEY